UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERLINDA HERAS,

    Plaintiff,

    v.

COMMONWEALTH HOTELS LLC, et al.,

    Defendants.

Case No. 15-cv-00441-YGR

**CASE MANAGEMENT AND PRETRIAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING: | Friday, May 29, 2015 at 9:01 a.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court authorization |
| NON-EXPERT DISCOVERY CUTOFF: | January 22, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: February 19, 2016<br>Rebuttal: March 11, 2016 |
| EXPERT DISCOVERY CUTOFF: | April 8, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | March 29, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 13, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 20, 2016 |
| PRETRIAL CONFERENCE: | Friday, June 3, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 20, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, May 13, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge